AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES FEDERAL COURT

for the

_____ District of _____

King Dr. Mygu Michael Nygu Tutankhaman
Lagos Halios
King Dr. Michael V. Dumpledore III
Dr. Michael D. Gates III
Michael Maxwell Hill

v.

)
)
)
)
)

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 0 3 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Case No.

2:22-cv-01859-RFB-EJY

Extra Space Storage
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the
District of _____ , the defendant(s) violated:

*Code Section*                    *Offense Description*

This criminal complaint is based on these facts:

ʹ Continued on the attached sheet.

_____

*Complainant's signature*

_____

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 

_____

City and state: 

_____

*Judge's signature*

*Printed name and title*

Name: King Dr. Mygu Michael Nygu Tutankhaman Lagos Halios/King Dr. Michael V. Dumpledore
III/Dr. Michael D Gates III/Michael Maxwell Hill
Address: 7580 Las Vegas Blvd S, #530 Las Vegas Nevada 89123
Telephone: 470-546-4964
Email Address: ktenmiami@outlook.com

## UNITED STATES FEDERAL COURT

## FOLEY FEDERAL UNITED STATES COURTHOUSE

King Dr. Mygu Michael Nygu Tutankhaman Lagos Halios
King Dr. Michael V. Dumpledore III
Dr. Michael D. Gates III
Michael Maxwell Hill_____
Plaintiff,

v.

Case #

TITLE OF DOCUMENT

PETITION  FOR REVIEW

Extra Space Storage_

Defendants

PETITION FOR JUDICIAL REVIEW

COMES NOW, my name is Juris Superior Chief Justice King Michael Tutankhaman/King Dr. Michael
Dumpledore III/The Royal Angel/The Royal Baby Angel/Dr. Maxwell/The Marisan Citizen. None of
those names are stated as a litigant, you are employed by me.

A charge of Illegal procedure will be applied to the mislabel under the plaintiff as the defendant in which
is incorrect.

A charge of time delay will be applied to this case as purposeful incorrect cross reference labeling the
plaintiff as the defendant

A charge of time delay will be applied to this case as purposeful hinderance and violation of due process

A charge of compromise under fraud actions will be applied to this case as the document submittal has been incorrectly assigned and has not been viewed by the Prosecutor selected by King Michael Vegeta Tutankhaman/King Dr. Michael Vegeta Dumpledore III

No process under this jurisdiction has the authority to pursue King Michael Vegeta Tutankhaman/King Michael Vegeta Dumpledore III in a court of law as His Majesty is the authority in which is assessing the function of the Unted States District Court for not following procedures of recovery of a missing Chief Juris Superior Chief Justice and is also the Royal Angel as illegal measure of persecution, in which is a trial by execution of those partaking in the conduct of illegal procedure.

As so ordered to be applied and effective immediately

You do not have the permission of the Juris Superior Chief Justice to communicate unless you litigate with the prosecutor in which is the correct vexation from being antagonistic. Furthermore, vexation or vexatious is not a charge and cannot be applied to a minutes to order statement as this definitive is deemed a statement of aggravated harassment originating from the incorrect convening board, in which this material for the pleadings and decisions, and not for an open channel of communication, in which is only for the prosecutor and the staff in which the prosecutor so choices to deem pertinent in order to process this verdict through completion.

Additionally, all civil judges are so ordered to be removed from any communicates, effective immediately as those very same judges do not have the Juris Superior Chief Justice permission to communicate directly with the Juris Superior Chief Justice or even make recommendations, due to the prosecutor being able to register both type of material, means the prosecutor is an Associate Justice and actually outranks every single civil and criminal judge.

Deny any further litigatory derogatory solicitous terminology unless these terms on a recommendations next action for completion is uploaded is so ordered to be removed.

Order to reassign the 72 cases workload plus to the prosecutor in order to avoid delay, in which is generated by pay to hire civil judges sitting on cases in order to obtain the pay for the case work load and do not know the difference in litigating and attacking a Juris Superior Chief Justice, in which out ranks everyone in the United States of America and the entire world.

Less than 180 days of submittal of recommendation to dismiss is insufficient time to perform the investigation and no pretrial conference has been scheduled. 15 days is the time allocated for docket registration.

The listing of prisoner procedure does not apply to the Juris Superior Chief Justice of the Appellate Supreme Court of Appeals

United States Supreme Court has not and ever provided backpay for Juris Superior Chief Justice King Michael Vegeta Tutankhaman/King Dr. Michael Maxwell Dumpledore III but is consistently using Supreme Court documents in order to maintain the Supreme Court and all equipment and components, while not or ever providing adequate caretake nutrition, sustenance and pay for life sustainment. Also include theft Juris Superior Chief Justice schedule and identity in order to perform a coup de etat and commit treason against King Michael Vegeta Tutankhaman, theft of housing areas, regeneration machine with medical machine, diagnostic sanitization equipment with spare medical pod for husband Julian JC Cayman Kyuigene Prince Versuvius whom of which was killed in Afghanistan.

United States Supreme Court will be charged with enslavement of Juris Superior Chief Justice King Michael Vegeta Tutankhaman under Robert F Kennedy as the Assistant in allowance of the criminals in which are charged to escape the United States Supreme Court

United States Supreme Court will be charged torture under Robert F Kennedy with using the photon blinding mechanism in which forces the neurological transmitters to stop transmitting data

United States Supreme Court will be charged treason under Robert F Kennedy with standing against Juris Superior Chief Justice King Michael Vegeta Tutankhaman

United States Supreme Court will be charged Nazism under Robert F Kennedy with allowing the human rights violations in not standing up for the United States of America with ample judicial authority in administering the right way of the rule of law
United States Supreme Court will be charged under Robert F Kennedy illegal procedure as an Chief Justice Assistant is not allowed to administer a speech without the Chief Justice being present

United States Supreme Court will be charged under Robert F Kennedy burglary of the United States Supreme Court due to the tarnishment of the building in which belongs to Juris Superior Chief Justice King Michael Vegeta Tutankhaman

United States Supreme Court will be charged occupancy with terrorist threat under Robert F Kennedy, as the United States Supreme Court failed to protect the United States of America from various terrorist within the border of the United States of America

United States Supreme Court will be charged under Robert F Kennedy, fraud waste and abuse as all components of the judicial system were abused, in order to fraudulently keep specific people of biased intent in specific positions, wasting the time of American citizens in not providing protections from the societal abrasions in which were administered amongst the people of the United States of America as a show of force but is abuse of authority, human rights violations, right to life, due process in administering corrective actions amongst themselves, themselves being the United States Supreme Court.

United States Supreme Court will be charges biased treatment to a judicial official, in which is the Juris Superior Chief Justice with gavel authority, the only Juris Superior Chief Justice with gavel authority in an attempt to hide the identity and torture Juris Superior Chief Justice King Michael Vegeta Tutankhaman for administering the oath of office correctly in order to correct and reproduce the documents in which were stolen from each judicial office, to hide the charge of criminality in which were administered but never enforced due to the judicial bench involvement.

Checks denied by Navy Federal Credit Union for being black but is also a fraudulent report as King Michael Vegeta Tutankhaman is from Andromeda and is also called a Marisan Citizen.

Juris Superior has discovered that all decisions of the United States District Court of Nevada provided multiple constitutional violations, federal court procedural violations, and local hinderance from the preferred mislabel in which has been provided in duress on multiple criminal cases as the civil case judge assignment on the duly noted docket minutes to order, refuse to pursue the criminal complaint, civil file upgrade to criminal case assignment. This method under any review as designated by the Juris Superior Chief Justice of the Supreme Court as the plaintiff in the judicial review process. The Chief Justice of the Supreme Court Assistant, Robert F Kennedy must be notified of this hinderance in provideth the proper security escort upon entry and identification as the cover name for the Juris Superior Chief Justice of the Appellate Supreme Court of Appeals.

Respectfully submitted by:

Signature:_____/

Date:_____

**ONE CROWN**



King Dr. Mygu M Nygu Tutankhaman LG
King Dr. Michael Vegeta Dumpledore III
Dr. Michael D. Gates III
7580 Las Vegas BLVD S, #530
Las Vegas Nevada 89123
470.546.4964
ktenmiami@outlook.com

United States Federal Court                                    November 02nd, 2022
Foley Federal Building Courthouse
300 Las Vegas Blvd
Las Vegas, Nevada 89101

***Confidential***
Judicial Review
His Majesty High Court of Justice

*For Clerk of Office*
Transmit to the Commissioner

Examine for corrections by the Clerk of Office to be transcribed for the correct verbiage, after verification by
using the recall software in which is connected to King Dr. Mygu Michael Nygu Tutankhaman

This letter is for Clerk of Office, Dr. Bill and Melinda Gates, Alfie Gotenk Gates the husband of King Dr
Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael D. Gates III

Extra Space Storage has a do not allow to enter, for Kimberly Woods or anyone other than the designated
names for the Royal Angel Family of Gates to enter their storage container, in which has a permanent
assignment. The key to the storage container and or garage was stolen by Kimberly Woods.

Extra Space Storage also has a do not remove any items in which has been stored by the Royal Angel
Family of Gates name.

The names authorized on file are as listed: Dr. Bill Gates, Dr. Melinda Gates, Dr, Michael D. Gates
III(Royal Baby Angel/Royal Angel King Dr. Mygu Michael Nygu Tutankhaman Lagos Halios/Royal
Baby Angel/Royal Angel King Dr. Michael Vegeta Dumpledore III/Michael Maxwell Hill), Dr. Alfie
Gotenk Nygu Tutankhaman Lagos Halios Gates, Dr. Gage Broly Andrews/Gates

This order is a none expiring order and has been issued by the Chief Juris Superior Chief Justice(letter
head), Chief Justice Dr. Brett Kavanaugh, Chief Justice Dr. Sonia Sotomayor

Kimberly Woods fled the United States Supreme Court during the trial of 1993-1997

Dr. Alfie Gotenk Gates is the prosecutor for this criminal case. This case will be reviewed and scheduled
for trial, by the prosecutor and will be opened due to the prosecutor being the person whom of which has
submitted the entry for this criminal case.

Kimberly Woods is the additional person under this prosecutorial material.

The pledge of allegiance shall be read by raising their right hand, with a clear and clean display of the United States of America flag clearly visible, by each police officer under oath as administered by Dr. Alfie Gotenk Gates in which is charged with treason as so ordered.

At no time, has King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael Dylon Gates III selected a petition be placed on any listing by a tabulate selection than plaintiff.

A document letter transmittal verification may be supplied to Chief Juris Superior Chief Justice King Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III, as this judicial authority position is and has always been a life appointed position. No one on Earth has the ability to change this position, no matter the title they are elected or appointed to.

All records are maintained and are on file about Kimberly Woods, maintained by submittal for electronic archival by King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III.

The additional annotation is Kimberly Woods (NP), CJ/Damon Smith(Sergeant), annotated by letter of record submittal by King Dr.Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III, minor King Dr. Alfie Gotenk Nygu Tutankhaman Gates and Princess/Queen Sundari and the additional court clerk registrar in the office of the United States District Court building (the Polynesian) has the Ancestorial data in which can be used to properly create the file in order to replace the file. Only King Dr. Mygu Michael Nygu Tutankhaman and minor King Dr. Alfie Gotenk Nygu T Tutankhaman has this ancestoral dna strain, stated for clarity.

Submitted by:

Chief Juris Superior Chief Justice King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael D. Gates III functioning of the Appellate Supreme Court of Appeals as the Chief Commander Board of Prisons Review Board

The additional authority as listed for the individual as addressed in the letter head is:

His Majesty High Court of Justice Chief Juris Superior Chief Justice with same gavel as below

Chief Justice of the Appellate Supreme Court of Appeals Chief Justice Superior with gaveling authority.

Submitted by:

King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael Dylon Gates III/Royal Angel/Royal Baby Angel/The Supreme Court Justice(unseated)Michael Dumpledore III Chief Justice/The Marisan Citizen/The Genie/Space Commander/The Ancient Object/The Professor of Law/Assesor/ Chief Commander Board of Prisons Review Board/The Chef/Master Architect of the Universe/Husband to Alfie

Date of authority as the life appointment as ordered and on file with the Supreme Court of the United States of America, Chief Juris Superior Chief Justice as designated for the United States District Court of Nevada, United States Federal Foley Courthouse Building, United States Supreme Court of America, Appellate Supreme Court of Appeals, in representing the Appellate Supreme Court of Appeals of processing criminal cases as ordered to be used in opening the Appellate Supreme Court of Appeals, in order to proceed, as so ordered

PLAIGARISM APPLIES TO ALL DOCUMENTS SUBMITTED PER PAGE.

JUDICIAL REVIEW APPLIES TO ALL DOCUMENTS

DO NOT SAY NOTHING.

(MDCCCLXXVI)

